**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Antonio GALLOWAY, a/k/a Yoda, Defendant–Appellant.**

No. 11–6145.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Michael Antonio Galloway, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Antonio Galloway appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Galloway,* No. 1:06–cr–00309–WO–1 (M.D.N.C. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*